[No. 20794-3-III.  Division Three.  March 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN EDWARD MICHEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00760-3, Kathleen M. O'Connor, J., entered January 11, 2002. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[Nos. 22741-3-III; 22742-1-III;  Division Three.  March 17, 2005.]
    22758-8-III.

KENNEWICK PUBLIC HOSPITAL DISTRICT, *Appellant*, v. THE POLLUTION CONTROL HEARINGS BOARD ET AL., *Respondents*.

KENNEWICK IRRIGATION DISTRICT ET AL., *Appellants*, v. POLLUTION CONTROL HEARINGS BOARD ET AL., *Respondents*.

THE DEPARTMENT OF ECOLOGY, *Appellant*, v. POLLUTION CONTROL HEARINGS BOARD ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Benton County, Nos. 03-2-02548-5, 03-2-02524-8, and 04-2-00349-8, Robert V. Jensen, J. Pro Tem., entered January 20, 2004. *Affirmed* by unpublished opinion per Kato, C.J, concurred in by Sweeney and Brown, JJ.

[No. 22836-3-III.  Division Three.  March 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN MARK HENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00049-4, Tari S. Eitzen, J., entered March 15, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.